*BAR PILOT LAND*

EXHIBIT "A"

LEGAL DESCRIPTION

**Parcel 1**

That part of the "Navy Cove Tract" lying West of highway right-of-way monument at Station 160+91.0 in the A.P.K. Jones Grant Section 2:

Commence at the Southeast Corner of the A.P.K. Jones Grant Section 2, Township 9 South, Range 1 East and run thence South 87°09' West (or nearly so) 7270 feet, more or less, to a concrete highway right-of-way monument at Station 160+91.0, on the North side of the Dixie Graves Parkway; thence run North 159.3 feet, more or less, to a point on the South side of said Jones Grant, and on the North line of the Francis Suarez Grant Section 1, Township 9 South, Range 1 East, for a POINT OF BEGINNING.

Thence run along said Grant boundary South 83°35'23" West for a distance of 4243 feet to a point on said Grant line, said point being the Southwest Corner of the Navy Cove Bar Pilot's Claim as fixed by that certain decree recorded in Deed Book 45 at Page 385 in the Office of the Judge of Probate, Baldwin County, Alabama; thence run North 250 feet; thence run North 29°23' East, 480 feet; thence run North 60 feet, more or less, to a point on the Southern shore of that part of Mobile Bay known as Navy Cove; thence run Northeastwardly following the margin of said Bay, by the following courses: North 68° East, 1695 feet; North 40° East, 2100 feet, more or less, to a point near the Northwestern tip of the island that has been designated as "Bar Pilots Island" since the 1979 Hurricane event that washed away part of the Navy Cove Bar Pilots tract; thence run East 400 feet; thence run South 900 feet; thence run West 700 feet, more or less, to a point on the Western shore of St. Andrews Bay; thence run Southwardly, Southeastwardly, Northwestwardly, and Eastwardly, along the margin of St. Andrews Bay to a point due North of the Point of Beginning; thence run South 1200 feet, more or less, to the Point of Beginning. Tract contains 110 acres, more or less, and lies in the A.P.K. Jones Grant Section 2, Township 9 South, Range 1 East, Baldwin County, Alabama. SAVE AND EXCEPT all oil, gas and other minerals on, in and under the said property.

BAR PILOT LAND

### Parcel 2

Commence at the Southeast Corner of the A.P.K. Jones Grant Section 2, Township 9 South, Range 1 East, and run thence South 87°09' West (or nearly so) 7270 feet, more or less, to a concrete highway right-of-way monument at Station 160+91.0, on the North side of the Dixie Graves Parkway for a POINT OF BEGINNING:

From said Point of Beginning, run South 79°33'23" West, along the North margin of Dixie Graves Parkway right-of-way 1439.7 feet to Highway right-of-way Station 146+54.8; thence continue Southwestwardly along said right-of-way and along a curve to the right having a radius of 5631.23 feet, for a distance of 600.6 feet, more or less, (chord: South 82°33'24" West, 598 feet) to a point situated 178.3 feet Eastwardly from Highway right-of-way Station 138+53.1; thence run North 00 30' East, 272.34 feet, more or less, to a point on the South boundary of the A.P.K. Jones Grant Section 2 and on the North margin of the Francis Suarez Grant Section 1 in said Township; thence run along said Grant boundary North 83°35'23" East, for a distance of 2019.8 feet, more or less, to a point which is due North of the Point of Beginning; thence run South 159.3 feet to the Point of Beginning. Tract contains 10.4 acres, more or less, lying in the Francis Suarez Grant Section 1.

### Parcel 3

Commence at the Southeast Corner of the A.P.K. Jones Grant Section 2, Township 9 South, Range 1 East, and run thence South 87°09' West (or nearly so) 7270 feet,



BAR PILOT LAND

more or less, to a concrete highway right-of-way monument at Station 160+91.0, on the North side of the Dixie Graves Parkway; thence run North 159.3 feet to a point on the North boundary of the Francis Suarez Grant; thence run South 83°35'23" West, 4243 feet, more or less, along said Grant line to the Southwest Corner of the Navy Cove Bar Pilots claim as determined by decree recorded in Deed Book 45, at Page 385, in the Office of the Judge of Probate, Baldwin County, Alabama for a POINT OF BEGINNING:

From said Point of Beginning, run South 128.8 feet, more or less, to a point on the North margin of the right-of-way of Dixie Graves Parkway; thence run North 87°25'54" East, along said right-of-way for a distance of 785.5 feet to a point situated 1245.7 feet Westwardly from right-of-way station 138+53.1; thence run North 181.78 feet, more or less to a point on said Grant line; thence run South 83°35'23" West, along said Grant line, 790 feet, more or less, to the Point of Beginning. Tract contains 2.8 acres, more or less, lying in the Francis Suarez Grant Section 1, Township 9 South, Range 1 East, Baldwin County, Alabama.

LESS AND EXCEPT:

Commencing at a concrete monument at P.C. Station 160+91 on the North right of way line of Alabama Highway 180, said monument being located South 78°09' West, 7,270.00 feet from the Southeast corner of the A. P. K. Jones Grant Section 2, Township 9 South, Range 1 East, Baldwin County, Alabama; thence Run North 00°11'01" East, 159.30 feet; thence run South 83°31'55" West along the North line of the Frances Suarez Grant Section 1, Township 9 South, Range 1 East, 2424.93 feet to the point of beginning of the property herein described; thence continue South 83°31'55" West, 1029.42 feet; thence run South 00°02'27" East, 181.88 feet; thence run South 87°22'54" West along the North right-of-way line of Alabama Highway 180, 175.86 feet; thence departing said right-of-way line run North 14°39'10" West, 188.48 feet; thence run North 20°38'12" East, 79.02 feet; thence run North 45°21'36" West, 105.99 feet; thence run North 13°35'51" West, 340 feet to the South margin of Navy Cove; thence run Northeastwardly along said South margin of Navy Cove 1345 feet, more or less (Chord bears North 61°59'02" East, and measures 1344.83 feet); thence run South 28°56'35" East, 314 feet; thence run South 34°13'50" East, 367.10 feet; thence run South 67°09'46" West, 249.37 feet; thence run Southwardly along the arc of a curve to the right having a radius of 50.00 feet, an arc distance of 57.36 feet (the chord bears South 01°58'55" East, and measures 54.26 feet); thence

(3)

BAR Pilot LAND

run South 12°13'06" East, 263.90 feet to the point of beginning and containing 24.57 acres more or less.

④

*Pilot Pointe Development*

EXHIBIT "A"

LEGAL DESCRIPTION

Commencing at a concrete monument at P.C. Station 160+91 on the North right of way line of Alabama Highway 180, said monument being located South 78°09' West, 7,270.00 feet from the Southeast corner of the A. P. K. Jones Grant Section 2, Township 9 South, Range 1 East, Baldwin County, Alabama; thence Run North 00°11'01" East, 159.30 feet; thence run South 83°31'55" West along the North line of the Frances Suarez Grant Section 1, Township 9 South, Range 1 East, 2424.93 feet to the point of beginning of the property herein described; thence continue South 83°31'55" West, 1029.42 feet; thence run South 00°02'27" East, 181.88 feet; thence run South 87°22'54" West along the North right-of-way line of Alabama Highway 180, 175.86 feet; thence departing said right-of-way line run North 14°39'10" West, 188.48 feet; thence run North 20°38'12" East, 79.02 feet; thence run North 45°21'36" West, 105.99 feet; thence run North 13°35'51" West, 340 feet to the South margin of Navy Cove; thence run Northeastwardly along said South margin of Navy Cove 1345 feet, more or less (Chord bears North 61°59'02" East, and measures 1344.83 feet); thence run South 28°56'35" East, 314 feet; thence run South 34°13'50" East, 367.10 feet; thence run South 67°09'46" West, 249.37 feet; thence run Southwardly along the arc of a curve to the right having a radius of 50.00 feet, an arc distance of 57.36 feet (the chord bears South 01°58'55" East, and measures 54.26 feet); thence run South 12°13'06" East, 263.90 feet to the point of beginning and containing 24.57 acres more or less.