

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Harlin DeWayne Hale*
**United States Bankruptcy Judge**

Signed April 10, 2009

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORRIS RADIO ENTERPRISES, L.L.C., | § | |
| dba THE BUSINESS SHRINK, | § | CASE NO. 09-31416-HDH-11 |
| | § | |
| Debtor, | § | CASE NO. 09-31436-BJH-11 |
| | § | |
| PRS, II, LLC, dba FORT MORGAN, | § | |
| | § | |
| Debtor. | § | |
| | § | |

**AGREED ORDER DIRECTING PROCEDURAL JOINT ADMINISTRATION OF AFFILIATED DEBTORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015 AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1015**

CAME ON FOR CONSIDERATION on the Motion for Order Directing Procedural Joint Administration of Affiliated Debtors Pursuant to Federal Rule of Bankruptcy Procedure 1015 and Local Rule of Bankruptcy Procedure 1015 (the "Motion") (Docket #10) filed by Morris Radio Enterprises, LLC and PRS, LLC (the "Debtors") in the above-referenced bankruptcy cases.

The Court finds that due and adequate notice of the Motion was given upon the Debtors'

creditors as listed on the creditor mailing matrix and upon notices of appearance the U.S. Trustee's office.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. The Court further finds that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). The Court further finds that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408.

It is therefore

ORDERED that the Motion is GRANTED. It is further

ORDERED that the following cases shall be jointly administered: PRS, II, LLC dba Fort Morgan Case No. 09-31436-BJH-11 and Morris Radio Enterprises, LLC dba The Business Shrink 09-31416-HDH-11. It is further

ORDERED that the caption of these jointly administered cases is hereby modified to reflect the joint administration of the Chapter 11 cases as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| MORRIS RADIO ENTERPRISES, L.L.C., dba THE BUSINESS SHRINK and | § § § | CASE NO. 09-31416-HDH-11 |
| PRS, II, LLC, dba FORT MORGAN | § § | CASE NO. 09-31436-BJH-11 |
| Debtors | § § § § | Jointly Administered Under Case No. 09- 31416 HDH-11 |

It is further

**AGREED ORDER DIRECTING PROCEDURAL JOINT ADMINISTRATION OF DEBTORS PURSUANT TO FRBP 1015 AND LR 1015 – PAGE 2**

ORDERED that the Clerk of Court is hereby directed to enter a notation on the docket sheet of the Debtors in substantially the following form to reflect the joint administration of the cases:

> An order has been entered directing the procedural consolidation and joint administration of PRS, II, LLC dba Fort Morgan Case No. 09-31436-BJH-11 and Morris Radio Enterprises, LLC dba The Business Shrink 09-31416-HDH-11 in accordance with Federal rule of Bankruptcy Procedure 1015(b). The docket for Morris Radio Enterprises LLC Case No. 09-31416 should be consulted for all matters affecting these cases.

It is further

ORDERED that:

a. One docket shall be maintained for the Debtors' cases, under the case number assigned to Morris Radio Enterprises, LLC;

b. All pleadings, orders and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are jointly administered under the case number assigned to Morris Radio Enterprises, LLC.;

c. Each of the Debtors shall file separate Schedules of Assets and Liabilities, Statements of Financial Affairs and, as applicable, Lists of Equity Security Holders;

d. Proofs of claim filed by creditors of any Debtor shall reflect the style and case number of the Debtor to which the claim relates and in whose case such claim is to be filed; and

e. Separate claims registers shall be maintained for each Debtor.

It is further

ORDERED that nothing contained herein shall be considered to change the separate legal nature of the Debtors, nor shall this Order have any effect upon the substantive proceedings of the cases. This Order does not constitute any substantive consolidation of the assets or the liabilities of the Debtors.

It is further

ORDERED that the best interests of the Debtors' creditors and their estates would be served by joint administration of these cases.

# # # END OF ORDER # # #

Agreed to by:

By: /s/ Gerrit M. Pronske
Gerrit M. Pronske
Texas Bar No. 16351640
Vickie L. Driver
State Bar No. 24026886
Allison M. Mathews
Texas Bar No. 24053344
PRONSKE & PATEL, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: amathews@pronskepatel.com

**PROPOSED COUNSEL FOR DEBTORS**

and

By:  /s/ Robert M. Galloway
Robert M. Galloway
Alabama Bar No. ASB-6743-Y79R
GALLOWAY, WETTERMARK, EVEREST,
RUTENS & GAILLARD, L.L.P. (GALLR-6743)
Post Office Box 16629
Mobile, Alabama 36616
PH: (251) 476-4493
FX: (251) 479-5566
bgalloway@gallowayllp.com

**ATTORNEY FOR CREDITORS PILOTS POINTE DEVELOPMENT, LLC AND BAR PILOT LAND, LLC**